**Order filed July 2, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00054-CV
_____

### IN THE ESTATE OF ODEAN JONES, DECEASED, Appellant

---

**On Appeal from the County Court at Law No 3
Fort Bend County, Texas
Trial Court Cause No. 04-CPR-018318D**

---

## O R D E R

The clerk's record was filed April 10, 2014. Our review has determined that a relevant items may have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain:

- Return of service, filed 7/31/2012-8/31/2012;

- Any and all answers, filed 7/31/2012-11/29/2012;

- Any and all signed orders of the court, including docket control orders, scheduling orders, orders for status conference, orders of dismissal, nonsuit, and final judgment, filed 9/19/2012-11/29/2012;

- Signed Order for Attachment of Witness, signed on or after 10/15/12;

- Any and all signed notices of hearing for production of documents, status conferences, hearings, trial setting, dismissal between 10/15/2012-12/3/2012;

- Any and all docket sheet entries, 7/15/2012-12/3/2012; and

- Petition in Intervention filed by Brendalyn Lane-Jones, 7/15/2012-12/3/2012.

The Fort Bend County County Clerk is directed to file a supplemental clerk's record on or before July 16, 2014, containing the item listed above, if any.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM